# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

146252(53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FUN FEST PRODUCTIONS, INC.,
      Plaintiff/Counter-Defendant-
      Appellant,

v

GREATER BOSTON RADIO, INC., d/b/a
GREATER MEDIA DETROIT,
      Defendant/Counter-Plaintiff-
      Appellee.

SC: 146252
COA: 303980
Macomb CC: 2010-000081-CK

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224